# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| JUAN FRANCISCO TREVINO CHAVEZ, | § § | Civil Action No. |
| Petitioner, | § § | 6:22-CV-023-AM |
| v. | § § | Criminal Action No. |
| | § § | 6:11-CR-189(03)-AM |
| UNITED STATES OF AMERICA, | § § | |
| Respondent. | § | |

## ORDER

The Petitioner has filed a motion attacking his sentence pursuant to 28 U.S.C. § 2255. In accordance with Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts, the Court has conducted a preliminary review of the motion. It is hereby **ORDERED** that:

1. The Clerk shall serve a copy of the Petitioner's § 2255 motion and this order upon the United States Attorney.

2. The Clerk shall make copies of the trial court transcripts available to the Petitioner upon his request.

3. Within **sixty (60)** days of the date of this order, the United States Attorney, on behalf of the Respondent, shall file an answer, motion, or other response to the Petitioner's § 2255 motion. Any answer shall comply with Rule 5 of the Rules Governing Section 2255 Proceedings for the United States District Courts and shall address whether the motion is barred by any affirmative defenses such as the statute of limitations. The answer, motion, or other response shall address whether an evidentiary hearing is necessary and shall include an affidavit from the Petitioner's attorney(s) made the subject of the ineffective assistance of counsel claims that fully addresses each of the Petitioner's allegations of ineffective assistance.

4. If the Petitioner wishes to file a reply, he must do so within **twenty-one (21) days** of the date of service of the Respondent's answer, motion, or other response.

1

5. The answer, the reply, and all other documents filed or submitted for filing must be served upon the opposing party in accordance with the Federal Rules of Civil Procedure and must include a certificate of service.

6. The Clerk shall serve a copy of this order upon the Petitioner via his attorney.

**SIGNED** this 10th day of January 2022.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE